# Exhibit 1

Complaint

Clerk of the Superior Court
*** Electronically Filed ***
C. Cruz, Deputy
2/6/2025 3:06:30 PM
Filing ID 19296699

Michael W. Caspino
Pro Hac Vice pending
PRICE CASPINO
30442 Esperanza
Rancho Santa Margarita, CA 92688
(949) 899-9188
mcaspino@pricecaspino.com

John W. Myers IV (#028422)
BEATTY & MYERS, LLP
444 West Ocean Blvd. Suite 900
Long Beach, California 90802
(562) 606-1535
jmyers@beattymyers.com

Attorneys for Plaintiff
BRITTANY NEUHEISEL

## SUPERIOR COURT OF THE STATE OF ARIZONA

## COUNTY OF MARICOPA

BRITTANY NEUHEISEL,

            Plaintiff

vs.

MICHAEL J. BIDWILL; ARIZONA
CARDINALS FOOTBALL CLUB, LLC, dba
ARIZONA CARDINALS; and DOES 1 through
20, inclusive,

            Defendants.

CASE NO.:**CV2025-004952**

**COMPLAINT FOR DAMAGES**

    COMES NOW, Plaintiff Brittany Neuheisel ("Plaintiff" or "Neuheisel"), by and through her

counsel undersigned, and for her Complaint against Defendants, does hereby allege as follows:

### INTRODUCTION

    Brittany Neuheisel is a single mother, grandmother and decorated veteran of the United States

Navy.  In 2019, she was hired as the personal assistant to Arizona Cardinals owner Michael Bidwill.

At the hands of Bidwill, she was continuously tormented for failing to disavow members of her own

family and for refusing to participate in illegal conduct.   Bidwill unmercifully harassed Plaintiff in

an effort to drive her to leave the Cardinals.  Bidwill wanted to replace Plaintiff with someone,

"Young, Beautiful and Athletic."   Michael Bidwill and the Arizona Cardinals must be held

accountable.

**PARTIES, JURISDICTION AND VENUE**

1.      Plaintiff Neuheisel is an individual residing in the State of Arizona.  From January 2019 until January 28, 2025, Neuheisel worked for Defendant Arizona Cardinals Football Club, LLC dba Arizona Cardinals ("Cardinals") as Defendant Michael J. Bidwill's ("Bidwill") personal assistant.

2.      Defendant Bidwill is a resident of the State of Arizona.  He is the principal owner, chairman, and president of the Cardinals.  He inherited the team from his late father, Bill Bidwill.

3.      Defendant Cardinals is a Delaware limited liability company.  Their principal place of business is in Tempe, Arizona. The team was established in Chicago in 1898 and joined the National Football League ("NFL") as a charter member in 1920.

4.      Defendants Does 1-10 are individuals with identities that are unknown to Plaintiff. Once Plaintiff ascertains the true identities of Does 1-10, Plaintiff shall amend this Complaint to identify Does 1-10.

5.      Defendants Does 11-20 are business entities, form unknown, with identities that are unknown to Plaintiff.  Once Plaintiff ascertains the true identities of Does 11-20, Plaintiff shall amend this Complaint to identify Does 11-20.

6.      All of the claims and allegations contained herein, arose from actions and/or inactions that occurred, or failed to occur, within the State of Arizona, County of Maricopa.

7.      As set forth herein, each Defendant resides or operates within the jurisdiction of this Court.  Each Defendant acted or failed to act, while availing themselves of this jurisdiction, in a manner that has caused direct harm to Plaintiff herein.

8.      Each Defendant is the agent, servant and/or employee of the other Defendants, and each Defendant acted within the course and scope of his, or her, or its authority as an agent, servant and/or employee of the other Defendants.

9.      Defendants and each of them, are individuals, corporations, partnerships, and/or other entities that have engaged in, joined in, and/or conspired with the other wrongdoers in carrying out the tortious and unlawful activities described herein.

///

///

# GENERAL ALLEGATIONS

10.    Plaintiff Neuheisel is a single mother of four adult children. She also has four grandchildren.

11.    Neuheisel served her country in the United States Navy for eight years, achieving the rank of Petty Officer, Second Class.

12.    As a non-commissioned officer, Plaintiff Neuheisel supported Special Operations Command Pacific as a Special Security Officer.

13.    Plaintiff Neuheisel was highly decorated for her service in the United States Navy, including being awarded the Joint Services Commendation Medal.

14.    Between 1999 and 2007, Plaintiff Neuheisel served her country in the United States Navy all while raising four children as a single mother.

15.    While in the Navy, Neuheisel graduated from the University of Hawaii with a Bachelor's Degree in Accounting.  After being honorably discharged from the Navy, Plaintiff returned to school to earn a Masters Degree in Administration from Northern Arizona University.

16.    Thereafter, Plaintiff Neuheisel embarked upon a successful career in the private sector.

17.    Neuheisel served as a manager with "Big Four" accounting firm Deloitte for nearly 15 years.

18.    Neuheisel also served as a Federal Regulatory Compliance Manager with the City of Phoenix.

19.    From 2006 to 2024, Greg Lee served as the Chief Financial Officer for the Cardinals. Before working for the Cardinals Lee had worked for Deloitte, where he became well acquainted with Neuheisel.  Lee knew of Neuheisel's outstanding work ethic and competency in the workplace.  He repeatedly sought to recruit Neuheisel to join the Cardinals.

20.    In 2018, Greg Lee called Neuheisel to recruit her for a position serving as Bidwill's assistant.

21.    After interviewing for the job, Plaintiff Neuheisel was offered the position.

///
///

22.    In 2024, Greg Lee was fired from the Cardinals by Michael Bidwill. Greg Lee had hired a trans-woman for a position within the Cardinals accounting department. This infuriated Michael Bidwill and resulted in Lee being fired.

23.    In January 2019, Plaintiff Neuheisel began working for the Cardinals.  At first, Bidwill's demeanor and conduct was tolerable  Bidwill is a very poor communicator and has a tendency to be socially awkward.  Despite this, Plaintiff was able to work with Bidwill in a productive manner.   However, over time, Bidwill's personality became petty, abusive, demeaning and intolerable.

24.    For instance, Bidwill lives in a state of constant conflict with his family members. Despite her repeated objections, Bidwill constantly enrolled Plaintiff in his petty battles with family members, causing her great stress.  On April 16, 2021, Bidwill asked Neuheisel to set up a meeting with his niece, Frances Bidwill, with the premise that he was going to discuss her dropping a semester at Arizona State University.  When Frances arrived for the meeting, Neuheisel was instructed by Bidwill to remove all of Frances' possessions from her car and to then take the car away from Frances and park it in a secure area.

25.    The car had been a gift from Bidwill to his niece.  The car was taken from Frances and was sold to Carvana.  Bidwill instructed Neuheisel to videotape the car being loaded onto a flatbed truck and sold to Carvana.  Bidwill then shared the video with his niece in an effort to cause her additional ridicule.

26.    Bidwill used his dog "Charley" to torment Plaintiff.  Because Bidwill is socially awkward and has difficulty communicating, he found comfort in bringing his 59-pound pit bull to the Cardinals' office on a daily basis.  Unfortunately, Charley has bitten several Cardinals' employees to the point where some required medical attention from the team's physicians.  Most Cardinals' employees were scared to go near Charley.

27.    In August 2022, Bidwill was at Cardinals training camp.  He called Neuheisel and asked her to go to his home to open the doggie door for Charley.  Neuheisel did as Bidwill requested and attempted to leave the home as quickly as possible.  However, Charley attacked Plaintiff.

///

28.     When Plaintiff got in her vehicle to leave, Bidwill called blaming Plaintiff for allowing the dog to attack her.  Apparently, Bidwill had watched the attack on his home video surveillance system.  Bidwill mocked and laughed at Plaintiff for being attacked by his pit bull.

29.     Knowing that she was terrified by Charley, Bidwill became empowered with a new tool to bully Plaintiff.  On January 21, 2023, Bidwill asked Plaintiff to set up a conference room for interviewing General Manager Monti Ossenfort.  When Bidwill arrived for the interview, he had Charley with him.  Bidwill ordered Plaintiff to take Charley to the park, knowing that Plaintiff had been attacked by the dog.   Plaintiff objected to having to tend to this dangerous dog.  However, Bidwill insisted that Plaintiff personally care for Charley.

30.     Plaintiff was in tears and was legitimately scared of being attacked again by the pit bull.  She sought assistance from Cardinals' Chief People Officer Shaun Mayo.  She told Mayo that the dog had bit her and other team employees.  She insisted that she felt unsafe with Charley and did not want to be responsible for this vicious dog.  Mayo refused to assist Plaintiff and told her that Bidwill was my boss, it was his dog, his building. Plaintiff understood she had to do exactly as Michael Bidwill had ordered, or she would lose her job.

### Bidwill Demands that Plaintiff Disavow Her Children and Grandchildren

31.     On April 16, 2024, Plaintiff's 29-year old son suffered a serious medical incident. With Bidwill out of the office, Plaintiff informed Chief Operating Officer Jeremy Walls that she needed to leave work to attend to the situation.

32.     Later that day, Bidwill began sending text messages to Neuheisel while she was dealing with her family emergency.   He repeatedly requested "status updates."

33.     That evening, Bidwill called Neuheisel and instead of offering support in a time of need, Bidwill chose to berate Plaintiff.  Bidwill repeatedly called Neuheisel an "enabler" that allows her children to take advantage of her.

34.     Two of Plaintiff's adult children and her three young grandchildren live with her.

35.     Bidwill has never been married and has no children.  This fact has never stopped Bidwill from providing unsolicited advice to Plaintiff on how to raise her family.  Bidwill repeatedly told Plaintiff that she needed to "kick out" her daughter and grandchildren from her home.

36.    The next day Bidwill called Plaintiff into his office.  Despite having just suffered a serious family emergency, Bidwill continued with disparaging Plaintiff over how she raises her family.  Bidwill told Plaintiff that her role as an "enabler" to her family had hurt her psychologically.

37.    Because of her role in serving as an "enabler," Bidwill insisted that Plaintiff see team psychologist, Dr. Marc Strickland.  Bidwill stated that through Strickland she can learn how to deal with her children and grandchildren.  Plaintiff told Bidwill that she did not need psychological assistance.  However, Bidwill was relentless and insisted that she meet with Dr. Strickland.

38.    Plaintiff met with Dr. Strickland.  She explained that she was very wary of seeing him because of his connection to the team.  Strickland referred Plaintiff to Dr. Holly Salisbury.  However, Dr. Strickland failed to divulge that Dr. Salisbury is his wife.

39.    On September 27, 2024, Bidwill returned from NFL committee meetings in New York.  Apparently, there had been a mix up with his ground transportation.  Typically, Bidwill's flight crew contacts a limousine service to arrange for his ground transportation.  However, Bidwill had just fired his entire flight crew  prior to this trip. Therefore, no car had been ordered for Bidwill.

40.    Bidwill called Plaintiff into his conference room and  began to berate her for making "him look bad in front of other NFL owners",  In a truly warped way of thinking, Bidwill blamed Neuheisel's grandchildren for the lack of a limousine ride to the NFL offices.  Bidwill stated that when he called Plaintiff at home prior to his trip to New York to discuss other issues, he forgot to raise the issue of ground transportation.  Bidwill claimed that he forgot to raise this issue with Plaintiff because he could hear her grandchildren in the background over the phone and was distracted.  Thus, the lack of a limousine for Bidwill was the fault of  Neuheisel's young grandchildren.

41.    In this meeting, Bidwill told Plaintiff that her relationship with her children and grandchildren was affecting her work performance.  When Plaintiff attempted to tell Bidwill that this is not the case, he told her, "shut up."   Bidwill then went on a tirade and wanted to know whether her daughter or grandchildren pay rent at her house.  Bidwill demanded to know if Plaintiff pays the credit cards and living expenses for her daughter and three grandchildren.  Plaintiff began to cry hysterically.  Bidwill would not stop demeaning her and inquiring about her personal life.

///

42.     Bidwill then claimed that Cardinals' General counsel, Dave Koeninger, had been an "enabler" with his son who is attending college in Oregon. Bidwill claimed he was able to get Koeninger to stop enabling his son and cut him off financially. Using this example, Bidwill pressed for Plaintiff to disavow her own children and grandchildren.

43.     Bidwill then changed the subject to Plaintiff's counseling. He chastised her for not attending counseling sessions.

**Bidwill Demands that Plaintiff Participate in Illegal Activities and Ridicules Plaintiff's Faith.**

44.     As part of Plaintiff's duties, she was charged with completing complicated federal and international disclosures relating to Bidwill's travel by private airplane.

45.      On repeated occasions, Bidwill demanded that Plaintiff provide false information on these forms.

46.     On one occasion in early 2021, Bidwill instructed Plaintiff to ship a firearm via FedEx to an acquaintance. Plaintiff informed Bidwill of the applicable restrictions on shipping a firearm through FedEx. In response, Bidwill told Plaintiff to proceed with the shipment, stating "that's not what I asked, just ship it.".

47.     Bidwill is well aware that Plaintiff is a practicing Catholic who relies heavily upon her faith. Whenever, she objected to Bidwill's practice of providing false information, he would tell Plaintiff, "Do it and then go to confession!"

**"Michael Wants Young, Beautiful and Athletic"**

48.     With Plaintiff refusing to disavow her children and grandchildren and to go along with providing false government documents, Bidwill began his efforts to replace her with someone, "Young, Beautiful and Athletic.'

49.     Melissa Gaspard ("Gaspard") serves as the Cardinals' Vice President of Executive Operations. Gaspard's role within the organization is somewhat murky. When Gaspard does work, she works several days a week out of Michael Bidwill's home. She has been with the team for 28 years.

///

50.     In 2024, Bidwill began to spend a significant amount of time at the Global Ambassador Hotel in Phoenix.  Some of the time, Gaspard would be at his side while at the Global Ambassador Hotel.

51.     Gaspard told Plaintiff that she was tasked with finding Bidwill a girlfriend.  If Bidwill wanted to meet a woman at the Global Ambassador Hotel, it was Gaspard's job to find out who the woman was and report back to Bidwill.  Plaintiff was present when Gaspard was being asked on the phone "who the hot blonde in the lobby was." Gaspard informed Plaintiff that Bidwill was asking about Alex Rimer.

52.     Gaspard hired Alexandria Rimer to serve as the Cardinals' "Director of Events."  The scope of Rimer's duties were never discussed.  Rimer immediately began working side-by-side with Plaintiff, even taking over some of her duties.

53.     Neuheisel spoke with Gaspard and asked why Rimer had been hired.  Gaspard  stated that, "I know what Michael likes to look at; young, beautiful and athletic looking girls." Gaspard stated Rimer would be  replacing people like Cari Maas and Tim Beach, who also do not meet those criteria.

54.     From this point forward, Bidwill verbally abused Plaintiff almost every day.  It became clear that Bidwill wanted Plaintiff to quit because she refused to disavow her children and grandchildren and she did not fit into his criteria of being "Young, Beautiful and Athletic."  No matter what happened in the office, it was always Neuheisel's fault and Bidwill would yell and scream at her without any reason.

55.     One such occasion involved Josh Harris, the new owner of the Washington Commanders.   Plaintiff had the unenviable job of setting up meetings between Bidwill and other NFL owners.   Josh Harris's assistant  requested to change the meeting time.  Bidwill became furious with Neuheisel and berated her in front of her co-workers.  Bidwill proclaimed that going forward, if an NFL owner wanted to change a meeting with Bidwill, they would have to call Bidwill himself.

56.     On January 13, 2025, the Rams played their playoff game in Phoenix, having been displaced by the Southern California wildfires.  Plaintiff typically helped provide hospitality to guests in Bidwill's stadium suite.  By this time, most of her duties had been reassigned to Alexandria Rimer.

Plaintiff was now charged with standing near the suite entrance to collect and hang jackets from guests as they entered.

57.    Commissioner Goodell entered the suite, and Bidwill introduced him to Alexandria Rimer and other Cardinal employees – except for Neuheisel – purposely bypassing her. Commissioner Goodell took note of Plaintiff being shunned by Bidwill and made a special point of introducing himself to Plaintiff and telling her that he appreciated all of her efforts.

58.    After the game, Rams President Kevin Demoff stopped by the suite to thank Michael Bidwill for hosting the Rams in Phoenix.  After Demoff left the loft, Bidwill loudly complained that Rams owner Stan Kroenke, who was also in the suite next door, never came to thank him.  Another Michael Bidwill verbal tirade ensued.

59.    Plaintiff is 54 years old. She served her country, raised four children and is now being replaced by someone else who is "young, beautiful and athletic," in the eyes of Michael Bidwill.

## FIRST CAUSE OF ACTION

### (Constructive Discharge – Against All Defendants)

60.    Plaintiff hereby incorporates by reference each of the foregoing paragraphs, as though fully set forth herein.

61.    Plaintiff's working conditions were objectively unpleasant and difficult such that a reasonable employee would feel compelled to resign.

62.    Defendants' outrageous conduct represented a continuous pattern of discriminatory harassment such that a reasonable employee would feel compelled to resign.

63.    As a direct proximate result of Plaintiff's constructive discharge, Plaintiff has suffered and will continue to suffer damages within the jurisdiction of this Court.

## SECOND CAUSE OF ACTION

### (Wrongful Discharge – Against All Defendants)

64.    Plaintiff hereby incorporates by reference each of the foregoing paragraphs, as though fully set forth herein.

65.    Defendants violated Arizona public policy by wrongfully discharging Plaintiff.

///

66.    As a direct proximate result of Plaintiff's wrongful discharge, Plaintiff has suffered and will continue to suffer damages within the jurisdiction of this Court.

## THIRD CAUSE OF ACTION

### ( Discrimination – Against All Defendants)

67.    Plaintiff hereby incorporates by reference each of the foregoing paragraphs, as though fully set forth herein.

68.    Defendants violated Title VII of the *Federal Civil Rights Act* and *Arizona Revised Statutes*§§12-541, 23-1501 and 23-1502 when they discriminated against Plaintiff on the basis of her age, sex and religion.

69.    Plaintiff has exhausted all administrative remedies and has received her "right to sue."

70.    As a direct proximate result of Plaintiff's wrongful discharge, Plaintiff has suffered and will continue to suffer damages within the jurisdiction of this Court.

## FOURTH CAUSE OF ACTION

### (Intentional Infliction of Emotional Distress – Against All Defendants)

71.    Plaintiff hereby incorporates by reference each of the foregoing paragraphs, as though fully set forth herein.

72.    Defendants exhibited extreme and outrageous behavior towards Plaintiff.

73.    Defendants' behavior was done intentionally or with reckless disregard for Plaintiff's well-being.

74.    As a result of Defendants' conduct, Plaintiff suffered severe emotional distress and resulting damages in the form of emotional pain and suffering that continues to this day.

75.    As a direct proximate result of Defendants's intentional infliction of emotional distress, Plaintiff has suffered and will continue to suffer damages within the jurisdiction of this Court.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

1.    For general damages in accord with proof at trial.

2.    For special damages in accord with proof at trial.

3.    For costs of suit herein.

4.  For attorney's fees.

5.  For such other and further relief as this Court deems just and proper, including equitable or injunctive relief.

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff demands a jury trial for all issues so triable.

DATED:  February 6, 2025          **BEATTY MYERS**


_____
John W. Myers IV (#028422)
Attorneys for Plaintiff Brittany Neuheisel

DATED:  February 6, 2025          **PRICE CASPINO**

By: _____
Michael W. Caspino (Pro Hac Vice Pending)
Attorneys for Plaintiff Brittany Neuheisel

# Exhibit 2

Certificate of Service
Michael Bidwill

*Attorney or Party without Attorney*
John W. Myers IV (Arizona Bar #028422)
BEATTY & MYERS, LLP
444 West Ocean Blvd. Suite 900
Long Beach, California 90802
TELEPHONE No.: (562) 606-1535

*Attorney for:* Plaintiff Brittany Neuheisel

Clerk of the Superior Court
*** Electronically Filed ***
K. Higuchi-Mason, Deputy
5/6/2025 9:51:49 AM
Filing ID 19795361

*Ref No. or File No.:*
Neuheusel

*Insert name of Court, and Judicial District and Branch Court:*
In MARICOPA COUNTY SUPERIOR COURT in and for the County of MARICOPA

*Petitioner:* Brittany Neuheisel
*Respondent:* Michael J. Bidwill, et al.

| **CERTIFICATE OF SERVICE** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: CV2025-004952 |
|---|---|---|---|---|

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct. At the time of service I was at least 21 years of age and authorized to serve process in this case.

I served copies of the SUMMONS; COMPLAINT; CIVIL COVER SHEET; CERTIFICATE OF COMPULSORY ARBITRATION; PLAINTIFF'S DEMAND FOR JURY TRIAL

a. Party served        Michael J. Bidwill
   Age: 46-50 Race: Caucasian  Sex: Female Eyes: Hazel Height: 5'7 - 6'0  Weight: 161-180 Lbs Hair: Blond

Address where served: 2415 E Camelback Rd Ste 800
                     Phoenix, AZ 85016-9291

5. I served the party
   a. I personally delivered the documents to the party or person authorized to
      receive service of process for the party (1) on: 5/5/2025    (2) at: 10:33 AM
            BY LEAVING COPIES WITH: LEAH S. FREED - Authorized to Accept on Behalf of Michael J. Bidwill
      Age: 46-50 Race: Caucasian  Sex: Female Eyes: Hazel Height: 5'7 - 6'0  Weight: 161-180 Lbs Hair: Blond

   Person who served papers:
   NATIONWIDE LEGAL        Name:  Gerardo Aguilar
                           County of Maricopa, MC9069              The fee for service was: $ 140.60
                           901 W. Civic Center Drive, Suite# 190
                           Santa Ana, CA 92703
                           (714) 558-2400
                           www.nationwideasap.com

Date: May 5, 2025

(Gerardo Aguilar)

OC216321



**CERTIFICATE OF SERVICE**

# Exhibit 3

Certificate of Service
Arizona Cardinals
Football Club LLC

*Attorney or Party without Attorney:*
John W. Myers IV (Arizona Bar #028422)
BEATTY & MYERS, LLP
444 West Ocean Blvd. Suite 900
Long Beach, California 90802
*TELEPHONE No.:* (562) 606-1535

*Attorney for:* Plaintiff Brittany Neuheisel

*Ref No. or File No.:*
Neuheusel

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
5/6/2025 9:41:56 AM
Filing ID 19795189

*Insert name of Court, and Judicial District and Branch Court:*
In MARICOPA COUNTY SUPERIOR COURT in and for the County of MARICOPA

*Petitioner:* Brittany Neuheisel
*Respondent:* Michael J. Bidwill, et al.

| CERTIFICATE OF SERVICE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | CV2025-004952 |

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct. At the time of service I was at least 21 years of age and authorized to serve process in this case.

I served copies of the SUMMONS; COMPLAINT; CIVIL COVER SHEET; CERTIFICATE OF COMPULSORY ARBITRATION; PLAINTIFF'S DEMAND FOR JURY TRIAL

a. Party served        Arizona Cardinals Football Club, DBA Arizona Cardinals
   Age: 46-50 Race: Caucasian  Sex: Female Eyes: Hazel Height: 5'7 - 6'0  Weight: 161-180 Lbs Hair: Blond

Address where served: 2415 E Camelback Rd Ste 800
                      Phoenix, AZ 85016-9291

5. I served the party
a. I personally delivered the documents to the party or person authorized to
   receive service of process for the party (1) on: 5/5/2025    (2) at: 10:33 AM
         BY LEAVING COPIES WITH: LEAH S. FREED - Agent for Service
   Age: 46-50 Race: Caucasian  Sex: Female Eyes: Hazel Height: 5'7 - 6'0  Weight: 161-180 Lbs Hair: Blond

Person who served papers:
NATIONWIDE LEGAL    Name:  Gerardo Aguilar
County of Maricopa, MC9069
901 W. Civic Center Drive, Suite# 190          The fee for service was: $ 347.30
Santa Ana, CA 92703
(714) 558-2400
www.nationwideasap.com

Date:  May 5, 2025



_____
(Gerardo Aguilar)

OC216320



**CERTIFICATE OF SERVICE**

# Exhibit 4

## Summons Michael Bidwill

*** Electronically Filed ***
C. Cruz, Deputy
2/6/2025 3:06:30 PM
Filing ID 19296702

Person Filing: John W. Myers IV
Address (if not protected): 444 W. Ocean Blvd., Ste 900
City, State, Zip Code: Long Beach, CA 90802
Telephone: (562)606-1524
Email Address: jmyers@beattymyers.com
Representing [ ☐ ] Self or [ ☒ ] Attorney for:
Lawyer's Bar Number: 028422, Issuing State: AZ

Clerk of the Superior Court

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Case Number: **CV2025-004952**

Brittany Neuheisel
Name of Plaintiff

**SUMMONS**

AND

Michael J. Bidwill, et al.
Name of Defendant

> **WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** Michael J. Bidwill

Name of Defendant

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to Clerk of the Superior Court, or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the document in this case.

AzturboCourt.gov Form Set #11076217

**3.** If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

**4.** You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

**5.** Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

**6.** Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *February 06, 2025*

*JEFF FINE*
Clerk of Superior Court

By: *C. CRUZ*
Deputy Clerk



If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

# Exhibit 5

Summons

Arizona Cardinals

Football Club LLC

Person Filing: John W. Myers IV
Address (if not protected): 444 W. Ocean Blvd., Ste 900
City, State, Zip Code: Long Beach, CA 90802
Telephone: (562)606-1524
Email Address: jmyers@beattymyers.com
Representing [□ ] Self or [☒ ] Attorney for:
Lawyer's Bar Number: 028422, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
C. Cruz, Deputy
2/6/2025 3:06:30 PM
Filing ID 19296703

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Case Number: **CV2025-004952**

Brittany Neuheisel
Name of Plaintiff

**SUMMONS**

AND

Michael J. Bidwill, et al.
Name of Defendant

**WARNING**: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** Arizona Cardinals Football Club, DBA Arizona Cardinals
Name of Defendant

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to Clerk of the Superior Court, or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the document in this case.

AZturboCourt.gov Form Set #11076317

3.  If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *February 06, 2025*

*JEFF FINE*
Clerk of Superior Court

By: *C. CRUZ*
Deputy Clerk



If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

# Exhibit 6

## Civil Cover Sheet

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

Clerk of the Superior Court
*** Electronically Filed ***
C. Cruz, Deputy
2/6/2025 3:06:30 PM
Filing ID 19296700

**Plaintiff's Attorneys:**

John W. Myers IV - Primary Attorney
Bar Number: 028422, issuing State: AZ
Law Firm: Beatty & Myers, LLP
444 W. Ocean Blvd., Ste 900
Long Beach, CA 90802
Telephone Number: (562)606-1524
Email address: jmyers@beattymyers.com

**CV2025-004952**

Michael W. Caspino
Bar Number: 00000, issuing State: AZ
Law Firm: PRICE CASPINO
Telephone Number: (949)899-9188

**Plaintiff:**

Brittany Neuheisel
9018 N. 63rd Lane
Glendale, AZ 85302
Telephone Number: (602)881-2331
Email address: bbneu72@outlook.com

**Defendants:**

Michael J. Bidwill
Unknown
Unknown, AZ

Arizona Cardinals Football Club, DBA Arizona Cardinals
Unknown
Unknown, AZ

Discovery Tier t3
Amount claimed $4,000,000.00

Case Category: Tort Non-Motor Vehicle
Case Subcategory: Employment Dispute - Discrimin

AZTurboCourt.gov Form Set #11076217

Civil Cover Sheet
Page 1 of 1

# Exhibit 7

Certificate of Compulsory Arbitration

Clerk of the Superior Court
*** Electronically Filed ***
C. Cruz, Deputy
2/6/2025 3:06:30 PM
Filing ID 19296701

Person/Attorney Filing: John W. Myers IV
Mailing Address: 444 W. Ocean Blvd., Ste 900
City, State, Zip Code: Long Beach, CA 90802
Phone Number: (562)606-1524
E-Mail Address: jmyers@beattymyers.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028422, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

Brittany Neuheisel
Plaintiff(s),
v.
Michael J. Bidwill, et al.
Defendant(s).

Case No.  **CV2025-004952**

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the
Local Rules of Practice for the Maricopa County Superior Court, and I further certify that
this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of
the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this  February 06, 2025

By: John W. Myers IV /s/
Plaintiff/Attorney for Plaintiff

# Exhibit 8

## Jury Demand

Clerk of the Superior Court
*** Electronically Filed ***
M. De La Cruz, Deputy
2/7/2025 9:08:04 PM
Filing ID 19305531

For Clerk's Use Only

**Person Filing:** John W. Myers IV

**Address (if not protected):** 444 West Ocean Blvd. Suite 900

**City, State, Zip Code:** Long Beach, CA 90802

**Telephone:** 562-606-1535

**Email Address:** jmyers@beattymyers.com

**Lawyer's Bar Number:** 028422

**Representing** ☐ Self, without a Lawyer   or   ☒ Attorney for   ☒ Plaintiff   OR   ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Brittany Neuheisel
_____
Name of Plaintiff

Michael J. Bidwill, et al.
_____
Name of Defendant

Case Number:  CV2025-004952

Title:  **PLAINTIFF'S DEMAND for JURY TRIAL**

Plaintiff,  Brittany Neuheisel , demands a trial by jury in this case. If this
         *(Name of Plaintiff)*

case is sent to compulsory arbitration, Plaintiff demands a trial by jury if there is an appeal

from that compulsory arbitration.

Dated this   February 7, 2025                    _____

         *(Date of signature)*                    (Signature of Plaintiff or Plaintiff's Attorney)

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                    Page 1 of 1                    CVC11f  050718

# Exhibit 9

## Minute Entry



Office Distribution

# SUPERIOR COURT OF ARIZONA
# MARICOPA COUNTY

**FILED**
04/16/2025
by Superior Court Admin
on behalf of Clerk of the
Superior Court

Ct. Admin
Deputy

04/12/2025

### COURT ADMINISTRATION

**Case Number:** CV2025-004952

**Brittany Neuheisel**

**V.**

**Michael J Bidwill**

---

The Judge assigned to this action is the Honorable Frank W. Moskowitz

## NOTICE OF INTENT TO DISMISS FOR LACK OF SERVICE

You are hereby notified that the complaint filed on 02/06/2025 is subject to dismissal pursuant to Rule 4 (i) of the Arizona Rules of Civil Procedure. The deadline for completing service is 05/07/2025. If the time for completing service has not been extended by the court and no defendants have been served by this date, the case will be dismissed without prejudice.

All documents required to be filed with the court should be electronically filed through Arizona Turbo Court at www.azturbocourt.gov.

Superior Court of Maricopa County - integrated Court Information System
**Endorsee Party Listing**
Case Number: CV2025-004952

| Party Name | Attorney Name | |
|---|---|---|
| Brittany Neuheisel | John W Myers IV | Bar ID: 028422 |

# Exhibit 10

Superior Court Docket

« Return to search results

## Case Information

| | | | |
|---|---|---|---|
| **Case Number:** | CV2025-004952 | **Judge:** | Moskowitz, Frank |
| **File Date:** | 2/6/2025 | **Location:** | Downtown |
| **Case Type:** | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Brittany Neuheisel | Plaintiff | Female | John Myers |
| Michael J Bidwill | Defendant | Male | Pro Per |
| Arizona Cardinals Football Club L L C | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 5/6/2025 | AFS - Affidavit Of Service | 5/6/2025 | |
| **NOTE:** | Certificate of service / Michael J. Bidwill | | |
| 5/6/2025 | AFS - Affidavit Of Service | 5/6/2025 | |
| **NOTE:** | CERTIFICATE OF SERVICE / Arizona Cardinals Football Club, DBA Arizona Cardinals | | |
| 4/16/2025 | 322 - ME: Notice Of Intent To Dismiss | 4/16/2025 | |
| 2/7/2025 | NJT - Not Demand For Jury Trial | 2/10/2025 | |
| **NOTE:** | PLAINTIFF'S DEMAND for JURY TRIAL | | |
| 2/6/2025 | COM - Complaint | 2/7/2025 | |
| **NOTE:** | COMPLAINT FOR DAMAGES | | |
| 2/6/2025 | CSH - Coversheet | 2/7/2025 | |
| **NOTE:** | Civil Cover Sheet | | |
| 2/6/2025 | CCN - Cert Arbitration - Not Subject | 2/7/2025 | |
| **NOTE:** | Certificate Of Compulsory Arbitration - Is Not Subject To | | |
| 2/6/2025 | SUM - Summons | 2/7/2025 | |
| **NOTE:** | Summons | | |
| 2/6/2025 | SUM - Summons | 2/7/2025 | |
| **NOTE:** | Summons | | |

## Case Calendar

**There are no calendar events on file**

## Judgments

| Date | (F)or / (A)gainst | Amount | Frequency | Type | Status |
|---|---|---|---|---|---|
| No records found. | | | | | |

# Exhibit 11

Notice of Removal from Superior Court

1  David B. Rosenbaum, 009819                Leah S. Freed, 021332
2  Theresa Rassas, 023416                    OGLETREE, DEAKINS, NASH,
   Brandon T. Delgado, 035924                SMOAK & STEWART, P.C.
3  OSBORN MALEDON, P.A.                       2415 East Camelback Road, Suite 800
   2929 North Central Avenue, Suite 2000     Phoenix, Arizona 85016
4  Phoenix, Arizona  85012-2793              (602) 778-3700
5  (602) 640-9000                            leah.freed@ogletree.com
   drosenbaum@omlaw.com
6  trassas@omlaw.com
   bdelgado@omlaw.com
7
8  *Attorneys for Defendant Michael J. Bidwill*
   *and Arizona Cardinals Football Club LLC*
9
10              SUPERIOR COURT OF ARIZONA

11           IN AND FOR THE COUNTY OF MARICOPA

12  Brittany Neuheisel,                        Case No. CV2025-004952

13              Plaintiff,

14  vs.                                        **NOTICE OF REMOVAL TO**
                                               **FEDERAL COURT**
15

16  Michael J. Bidwill, Arizona Cardinals
    Football Club, LLC, dba Arizona
17  Cardinals, and DOES 1-20,

18              Defendants.                    (Assigned to the Honorable
                                               Frank W. Moskowitz)
19

20

21          Notice is hereby given that Defendants Michael J. Bidwill and Arizona Cardinals

22  Football Club LLC have removed this action to the United States District Court for the

23  District of Arizona, Phoenix Division, by filing a Notice of Removal in that Court. A copy

24  of the Notice of Removal is attached as Exhibit A. Accordingly, and pursuant to 28 U.S.C.

25  § 1446(d), this Court "shall proceed no further unless and until the case is remanded."

26  //

27  //

28  //

DATED this 3rd day of June 2025.

OSBORN MALEDON, P.A.

By: /s/ David B. Rosenbaum
     David B. Rosenbaum
     Theresa Rassas
     Brandon T. Delgado
     2929 North Central Avenue, Suite 2000
     Phoenix, Arizona 85012

     Leah S. Freed
     OGLETREE, DEAKINS, NASH,
     SMOAK & STEWART, P.C.
     2415 East Camelback Road, Suite 800
     Phoenix, Arizona 85016

     *Attorneys for Defendants Michael J.*
     *Bidwill and Arizona Cardinals Football*
     *Club LLC*

ORIGINAL of the forgoing E-filed
via AZ TurboCourt with a COPY E-served
this 3rd day of June, 2025:

Michael W. Caspino
(Pro Hac Vice Pending)
PRICE CASPINO
30442 Esperanza
Rancho Santa Margarita, CA 92688
mcaspino@pricecaspino.com
*Attorneys for Plaintiff*

John W. Myers IV
BEATTY & MYERS, LLP
444 West Ocean Blvd. Suite 900
Long Beach, California 90802
jmyers@beattymyers.com
*Attorneys for Plaintiff*

/s/ C. Buxton

2