| | |
|---|---|
| David B. Rosenbaum, 009819<br>Theresa Rassas, 023416<br>Brandon T. Delgado, 035924<br>OSBORN MALEDON, P.A.<br>2929 North Central Avenue, Suite 2000<br>Phoenix, Arizona 85012-2793<br>(602) 640-9000<br>drosenbaum@omlaw.com<br>trassas@omlaw.com<br>bdelgado@omlaw.com | Leah S. Freed, 021332<br>OGLETREE, DEAKINS, NASH, SMOAK<br>& STEWART, P.C.<br>2415 East Camelback Road, Suite 800<br>Phoenix, Arizona 85016<br>(602) 778-3700<br>leah.freed@ogletree.com |

*Attorneys for Defendants Michael J. Bidwill
and Arizona Cardinals Football Club LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brittany Neuheisel,<br><br>   Plaintiff,<br><br>vs.<br><br>Michael J. Bidwill, et al.,<br><br>   Defendants. | No.<br><br>**CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendant Arizona Cardinals Football Club LLC, dba Arizona Cardinals, in compliance with the provisions of:

☒   Rule 7.1(a)(1), Federal Rules of Civil Procedure, a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene in an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐   Rule 7.1(a)(2), Federal Rules of Civil Procedure, in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the

court orders otherwise, file a disclosure statement. The statement must name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

☐     Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐     Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☐     No such corporation.

☐     Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (Attach additional pages if needed.)

_____     Relationship_____

☐     Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)

_____     Relationship_____


☒     Other (please explain): <u>See attachment.</u>_____

☐     Diversity case. (Attach additional pages if needed.)

Party name and Party Role:          State:

_____

_____     _____

_____     _____

2

DATED this 3rd day of June 2025.

        OSBORN MALEDON, P.A.

        By: /s/ David B. Rosenbaum
            David B. Rosenbaum
            Theresa Rassas
            Brandon T. Delgado
            2929 North Central Avenue, Suite 2000
            Phoenix, Arizona 85012

            Leah S. Freed
            OGLETREE, DEAKINS, NASH,
            SMOAK & STEWART, P.C.
            2415 East Camelback Road, Suite 800
            Phoenix, Arizona 85016

            *Attorneys for Defendants Michael J. Bidwill and Arizona Cardinals Football Club LLC*

# ATTACHMENT

Pursuant to Rule 7.1(a)(1), Federal Rules of Civil Procedure, Arizona Cardinals Football Club LLC (a Delaware limited liability company), a private non-governmental corporate party, identifies Bidwill Holdings Inc. (an Arizona corporation) as its parent corporation.