John W. Myers IV (028422)
BEATTY & MYERS, LLP
444 West Ocean Blvd. Suite 900
Long Beach, California 90802
(562) 606-1535
jmyers@beattymyers.com

Attorneys for plaintiff,
BRITTANY NEUHEISEL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BRITTANY NEUHEISEL,<br><br>Plaintiff<br><br>vs.<br><br>MICHAEL J. BIDWILL; ARIZONA CARDINALS FOOTBALL CLUB, LLC, dba ARIZONA CARDINALS; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: CV-25-01927-PHX-MTL<br><br>**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION** |

TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Please take notice that plaintiff Brittany Neuheisel does not oppose the motion to compel arbitration filed by Defendants on June 10, 2005.

DATED: June 24, 2025          **BEATTY MYERS, LLP**

/s/ John W. Myers, IV
John W. Myers IV
Attorneys for Plaintiff Brittany Neuheisel

P2512506\PLEADINGS\FEDERAL COURT\NONOPP01

1
**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO
DEFENDANTS' MOTION TO COMPEL ARBITRATION**