David B. Rosenbaum, 009819
Theresa Rassas, 023416
Brandon T. Delgado, 035924
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
trassas@omlaw.com
bdelgado@omlaw.com

Leah S. Freed, 021332
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
(602) 778-3700
leah.freed@ogletree.com

*Attorneys for Defendant Michael J. Bidwill and Arizona Cardinals Football Club LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Brittany Neuheisel, | No. CV-25-01927-PHX-MTL |
|---|---|
| Plaintiff, | **JOINT MONTHLY REPORT RE ARBITRATION STATUS** |
| vs. | |
| Michael J. Bidwill, et al., | |
| Defendants. | |

Pursuant to the Court's June 25, 2025, Order (Doc. 6), the parties, through their counsel, submit this joint report regarding the status of arbitration.

Plaintiff has advised Defendants that Plaintiff's arbitration claim was submitted to the NFL on November 25, 2025, via overnight mail.

DATED this 4th day of December, 2025.

**OSBORN MALEDON, P.A.**


By: s/ David B. Rosenbaum
David B. Rosenbaum
Theresa Rassas
Brandon T. Delgado
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

   Leah S. Freed
   2415 East Camelback Road, Suite 800
   Phoenix, Arizona 85016

*Attorneys for Defendants Michael J. Bidwill and Arizona Cardinals Football Club LLC*

**BEATTY MYERS, LLP**

By: s/ John W. Myers IV (with permission)
    John W. Myers IV
    444 West Ocean Blvd., Suite 900
    Long Beach, California 90802

**PRICE CASPINO**

   Michael J. Weiler (*pro hac vice*)
   30442 Esperanza
   Rancho Santa Margarita, California 92688

*Attorneys for Plaintiff Brittany Neuheisel*