David B. Rosenbaum, 009819
Theresa Rassas, 023416
Brandon T. Delgado, 035924
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
trassas@omlaw.com
bdelgado@omlaw.com

Leah S. Freed, 021332
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
(602) 778-3700
leah.freed@ogletree.com

*Attorneys for Defendant Michael J. Bidwill and Arizona Cardinals Football Club LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brittany Neuheisel, <br><br> Plaintiff, <br><br> vs. <br><br> Michael J. Bidwill, et al., <br><br> Defendants. | No. CV-25-01927-PHX-MTL <br><br> **JOINT MONTHLY REPORT RE ARBITRATION STATUS** |

Pursuant to the Court's June 25, 2025, Order (Doc. 6), the Parties, through their counsel, submit this joint report regarding the status of arbitration.

Since their last Joint Report filed on December 4, 2025 (Doc. 15), this Court received Defendants' Supplement to that report filed on December 10, 2025 (Doc. 16) and Plaintiff's Response to that Supplement (Doc. 18). This Court permitted Defendants to Reply no later than January 5, 2026 (Doc. 20). There is nothing further to report.

DATED this 30th day of December, 2025.

                                              **OSBORN MALEDON, P.A.**

                                              By: s/ Theresa Rassas
                                                  David B. Rosenbaum
                                                  Theresa Rassas
                                                  Brandon T. Delgado

2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

Leah S. Freed
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016

*Attorneys for Defendants Michael J. Bidwill and Arizona Cardinals Football Club LLC*

**BEATTY MYERS, LLP**

By: s/ John W. Myers IV (with permission)
John W. Myers IV
444 West Ocean Blvd., Suite 900
Long Beach, California 90802

**PRICE CASPINO**

Michael J. Weiler (*pro hac vice*)
30442 Esperanza
Rancho Santa Margarita, California 92688

*Attorneys for Plaintiff Brittany Neuheisel*