Michael J. Weiler
(Pro Hac Vice)
PRICE CASPINO
30442 Esperanza
Rancho Santa Margarita, CA 92688
(949) 899-9188
mweiler@pricecaspino.com

John W. Myers IV (028422)
BEATTY & MYERS, LLP
444 West Ocean Blvd. Suite 900
Long Beach, California 90802
(562) 606-1535
jmyers@beattymyers.com

Attorneys for plaintiff,
Brittany Neuheisel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brittany Neuheisel,<br><br>Plaintiff,<br><br>vs.<br><br>Michael J. Bidwill, et al.,<br><br>Defendants. | No. CV-25-01927-PHX-MTL<br><br>**JOINT MONTHLY REPORT RE ARBITRATION STATUS** |

Pursuant to the Court's September 14, 2026, Order (Doc. 37), the Parties, through their counsel, submit this joint report regarding the status of arbitration.

On October 16, 2026, the National Football League referred Plaintiff's arbitration demand to JAMS, Inc.

On October 22, 2026, Plaintiff filed its Demand for Arbitration with JAMS. Plaintiff's counsel sent the Demand for Arbitration to Defendants' counsel the same day. Defendants' counsel has agreed to accept service.

A JAMS Arbitrator has not been appointed at this time given the recent initiation of the Arbitration.

As the matter is now before JAMS, the parties respectfully request the Court vacate the November 4, 2026, hearing and order the parties to submit Joint Status Reports on the

status of the Arbitration every 3 months, beginning on the last business day of January 2027 and last business day April, July, October 2027 and continuing until the matter with JAMS is concluded or the case is settled.

DATED this 29th day of October, 2026.

**OSBORN MALEDON, P.A.**

By: s/ David B. Rosenbaum
David B. Rosenbaum
Theresa Rassas
Brandon T. Delgado
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

Leah S. Freed
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016

*Attorneys for Defendants Michael J. Bidwill and Arizona Cardinals Football Club LLC*

**BEATTY MYERS, LLP**

By: s/ John W. Myers IV (with permission)
John W. Myers IV
444 West Ocean Blvd., Suite 900
Long Beach, California 90802

**PRICE CASPINO**

Michael J. Weiler (*pro hac vice*)
30442 Esperanza
Rancho Santa Margarita, California 92688

*Attorneys for Plaintiff Brittany Neuheisel*